[No. 4982.]
[No. 2481 C. A.]

FELKER, TRUSTEE IN BANKRUPTCY OF THE W. D.
SMITH CYCLE COMPANY, v. MAXWELL.

Opinion Followed.
    This cause is affirmed on the opinion in Felker v. Sullivan,
ante, p. 212.

*Error to the District Court of Arapahoe County:
Hon. P. L. Palmer, Judge.*

Mr. W. L. DAYTON and Mr. JAMES H. PERSHING,
for plaintiff in error.

Mr. CLINTON REED, for defendant in error.

Mr. JUSTICE BAILEY delivered the opinion of the
court.

The principles involved in this action are the
same as those in *Felker, Trustee, v. Dennis Sullivan,*
ante, p. 212, wherein the judgment of the district
court was recently affirmed by this court. The same
order will be entered herein, that the judgment of
the district court be affirmed.

*Affirmed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE GUN-
TER concur.